UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Elgin M. Selbee, | ) | C/A No.: 8:08-cv-810-GRA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Plaintiff's attorney seeks $4,216.24 in attorney's fees at $163.42 per hour for 25.80 hours at the District Court level. The government filed a response in support of the petition for attorney's fees.

After a review of the record, Plaintiff's attorney's petition, and the government's response thereto, this Court finds that an award of attorney's fees in the amount requested is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded four thousand two hundred and sixteen dollars and twenty-four cents ($4,216.24) in attorney's fees.

IT IS SO ORDERED.

**[Signature Block on next page]**

_G. Ross Anderson, Jr._
_signature_

G. Ross Anderson, Jr.
Senior United States District Judge

Anderson, South Carolina
September __10__, 2009